Juanita JORDAN, Plaintiff-Appellee,

v.

Margaret M. HECKLER, Secretary of Health and Human Services, Defendant-Appellant.

No. 83–7164.

United States Court of Appeals, Eleventh Circuit.

Dec. 15, 1983.

Before GODBOLD, Chief Judge, RONEY and TJOFLAT, Circuit Judges.

BY THE COURT:

The motion of appellee to dismiss the appeal is GRANTED, because the appeal is not from a final order. An order of the district court remanding the case to the Secretary for further consideration is generally not a final order. *Barfield v. Weinberger,* 485 F.2d 696, 698 (5th Cir.1973); *see Howell v. Schweiker,* 699 F.2d 524, 526 (11th Cir.1983); *Hall v. Heckler,* No. 83–7097 (11th Cir. filed May 23, 1983); *Chastang v. Heckler,* No. 82–7161 (11th Cir. July 7, 1982).